IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-00409-WYD-KMT

GERARDO HERNANDEZ,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC, a Georgia limited liability company,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is hereby

ORDERED that this case is **Dismissed with Prejudice**, with each party to pay his or its own attorney's fees and costs.

Dated:    June 10, 2013.

                BY THE COURT:

                /s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE